# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, and THE STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, WISCONSIN, and THE DISTRICT OF COLUMBIA, and THE CITIES OF CHICAGO AND NEW YORK, *ex rel.* JOHN DOE and JACK DOE,<br><br>Plaintiffs,<br>v.<br>BIOTELEMETRY, INC. and CARDIONET, LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | No. 18-cv-1688-LAS |

## **ORDER**

**AND NOW**, this __19th__ day of December, 2022, upon consideration of the Joint Status Report and Unopposed Joint Motion to Extend Stay, filed by the Relators and the Defendants (the "Parties"), it is hereby:

- 2 -

**ORDERED** that the Joint Motion be and hereby is GRANTED; it is further

**ORDERED** that this case is stayed for a period of 7 days; and it is further

**ORDERED** that the Parties shall file a joint status report 7 days from the date of this Order, if this matter is not resolved by that time.

BY THE COURT:

/s/ Lynne A. Sitarski
**HON. LYNNE A. SITARSKI**