IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America, : | |
| and the States of California, : | |
| Colorado, Connecticut, Delaware, : | |
| Florida, Georgia, Hawaii, Illinois, : | |
| Indiana, Iowa, Louisiana, Maryland, : | |
| Massachusetts, Michigan, Minnesota, : | |
| Montana, Nevada, New Hampshire, : | |
| New Jersey, New Mexico New York, : | |
| North Carolina, Oklahoma, Rhode Island, : | |
| Tennessee, Texas, Virginia, Wisconsin : | |
| and the District of Columbia, and the Cities : | |
| of Chicago and New York, : | CIVIL ACTION NO. 18-cv-1688 |
| : | |
| Plaintiffs, : | |
| : | |
| *ex rel.* John Doe and Jack Doe, Relators, : | |
| : | |
| v. : | |
| : | |
| BioTelemetry, Inc., and CardioNet, LLC, : | |
| : | |
| Defendants. : | |
| : | |

**THE UNITED STATES' NOTICE OF
<u>INTERVENTION IN PART FOR PURPOSES OF SETTLEMENT</u>**

1.     Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court that it hereby partially intervenes for settlement purposes against defendants BioTelemetry, Inc. and CardioNet, LLC ("Defendants"). The United States and Defendants have reached an agreement ("Settlement Agreement") to resolve allegations that Defendants violated the False Claims Act, 31 U.S.C. § 3729 *et seq*. In light of this agreement, and for the purpose of effectuating and formalizing that resolution, the United States respectfully advises the Court of its decision to partially intervene for the purposes of settlement as to certain civil claims for violations of the False Claims Act, as defined by the Covered Conduct in the

1

Settlement Agreement. The United States declines to intervene as to the remaining claims. Relators and Defendants have confirmed through their respective counsel that they agree that the government may intervene for the purposes of settlement.

2. Under the terms and conditions of the Settlement Agreement the parties have executed, the United States and Relators will promptly file a Notice of Dismissal, pursuant to Federal Rule of Civil Procedure 4l(a)(l), after the United States receives the required payments from the defendants as provided for by the terms of the Settlement Agreement.

Dated: December 19, 2022            Respectfully submitted,

BRIAN M. BOYNTON
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
CIVIL DIVISION

JACQUELINE C. ROMERO
United States Attorney

/s/ Gregory B. David/ckf
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

/s/ Eric Gill
ERIC GILL
ERIN LINDGREN
Assistant United States Attorneys

/s/ Jessica Sievert
JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
AMY D. KOSSAK
JESSICA SIEVERT
Trial Attorneys, Civil Division
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
PO Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 993-5190;  Fax: (202) 307-6364

2

3

## **CERTIFICATE OF SERVICE**

I certify that on this date I caused to be served a copy of the foregoing Notice of Intervention for Purposes of Settlement with the Court's electronic filing system, which will automatically send notice to counsel for Relators and Defendants.

December 19, 2022            */s/ Erin Lindgren*
                             Assistant United States Attorney
                             Civil Division