IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America, | : | |
| and the States of California, | : | |
| Colorado, Connecticut, Delaware, | : | |
| Florida, Georgia, Hawaii, Illinois, | : | |
| Indiana, Iowa, Louisiana, Maryland, | : | |
| Massachusetts, Michigan, Minnesota, | : | |
| Montana, Nevada, New Hampshire, | : | |
| New Jersey, New Mexico New York, | : | |
| North Carolina, Oklahoma, Rhode Island, | : | |
| Tennessee, Texas, Virginia, Wisconsin | : | |
| and the District of Columbia, and the Cities | : | |
| of Chicago and New York, | : | CIVIL ACTION NO. 18-cv-1688 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| *ex rel.* John Doe and Jack Doe, Relators, | : | |
| | : | |
| v. | : | |
| | : | |
| BioTelemetry, Inc., and CardioNet, LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Upon consideration of the United States' and Relators' Notice of Voluntary Dismissal, the Court hereby enters the following orders:

1. The claims of the United States defined as the Covered Conduct in the Settlement Agreement between the parties dated December 19, 2022, are dismissed with prejudice.

2. All other claims of the United States pled in the above-captioned action are dismissed without prejudice to the United States.

3. All claims pled in the above-captioned action are dismissed with prejudice to the Relators.

4. The Court retains jurisdiction over the parties to the Settlement Agreement to adjudicate, if necessary, any disputes that may arise regarding compliance with the Settlement Agreement.

**IT IS SO ORDERED,**

This <u>28th</u> day of <u>December</u>, 20 <u>22</u>.

<u>/s/ Lynne A. Sitarski</u>
Lynne A. Sitarski
Magistrate Judge
